In the Matter of ELMER C. HANSEN et al., Appellants, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Submitted December 3, 1937; decided January 4, 1938.

*Samuel Morganroth* and *Cornelius Bregoff* for appellants.

*Paul Windels, Corporation Counsel (Paxton Blair, Arthur Bainbridge Hoff* and *Robert H. Schaffer* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.